SO ORDERED.

Dated: June 8, 2021

Daniel P. Collins, Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

**BRIAN R ZIMMERMAN,**

Debtor(s).

Chapter 13

Case No.   2:15-bk-15591-DPC

**ORDER GRANTING TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT**

Proof of claim # 011

The Court, having reviewed the Trustee's Motion to Allow Payment of Unclaimed Funds and there being sufficient cause for granting it.

IT IS ORDERED granting the Trustee's Motion and allowing the Trustee to pay the Clerk of the Court **$5,327.62** to be deposited as provided in 11 U.S.C. § 347(a).

# ORDER SIGNED ABOVE