

### NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, IOU Central, Inc. dba IOU Financial Inc. A Delaware Corporation ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

The Purchase and Assigned funds/claim(s): Listed on Schedule A

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Wednesday, October 08, 2025.

IOU Central, Inc. d/b/a IOU Financial Inc. A Delaware Corporation

x _Jason C. Stevens_

**Jason Stevens - Vice President of Loss Mitigation**

# Schedule A

for Assignment Agreement by and between IOU Central, Inc. dba IOU Financial Inc. A Delaware Corporation and Dilks & Knopik, LLC dated 10/8/25

| Account Name | Jurisdiction | Gross Amount | Net Amount Payable to Assignor | Debtor | Case # | Claim # |
|---|---|---|---|---|---|---|
| IOU Financial Inc. | BK-AZDB | $ 5,327.62 | $ ▮ | Brian R. Zimmerman | 2:15-bk-15591-DPC | 11 |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |
| | | | $ - | | | |

Assignor _____ 𝒥𝓈

Assignee (D&K) _____

Page 1 of 1

Case 2:15-bk-15591-DPC    Doc 76-1    Filed 10/09/25    Entered 10/09/25 15:53:55    Desc
Assignment    Page 2 of 2