| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Brian R. Zimmerman<br>First Name    Middle Name    Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of Arizona |
| Case Number: | 2:15-bk-15591-DPC |

Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 5,327.62 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dkllc.com |

### 2. Claimant Information

Applicant[2] represents the following:

- ☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- ☑ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

  IOU Central, Inc.

- ☑ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- ☑ Applicant is the Claimant.
- ☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- ☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Supporting Documentation** | |
| ☑ | Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. |

| | |
|---|---|
| **5. Notice to United States Attorney** | |
| ☑ | Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address: |

Office of the United States Attorney for the District of Arizona
2 Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004

---

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: October 9, 2025

_____
Signature of Applicant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:
Telephone: _____
Email: _____

---

**7. Notarization**
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>10/09/2025</u> was subscribed and sworn to before me this <u>9th</u> day of <u>October</u>, 20<u>25</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: _____
                              Matthew Zettley

My commission expires: <u>February 19, 2026</u>

[SEAL: MATTHEW ZETTLEY / NOTARY PUBLIC #197679 / STATE OF WASHINGTON / COMMISSION EXPIRES]

**7. Notarization**
STATE OF_____

COUNTY OF_____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this____day of_____, 20___by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public_____

My commission expires: _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                           )   Case No. 2:15-bk-15591-DPC
                                                 )
Brian R. Zimmerman                               )
                                                 )
Debtor(s)                                        )   Chapter 13

## CERTIFICATE OF SERVICE

I certify that a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation were sent by: USPS First-Class Mail postage prepaid to the following:

United States Attorney for the District of Arizona
2 Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004

I certify that a copy of the Application for Payment of Unclaimed Funds was sent by: USPS First-Class Mail postage prepaid to Previous Owner(s) of Claim (if applicable) or any other parties:

IOU Central, Inc.
Owner of Record
Jeff R. Joyce, Esq.
PO Box 550291
Atlanta, GA 30355

IOU Central, Inc. dba IOU Financial
600 Townpark Lane, Ste. 100
Kennesaw, GA 30144

Dated:   October 09, 2025

_____
Signature
Brian J Dilks - Member
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com

# Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

The dividends referenced herein were not collected by the owner of record, IOU Central, Inc.

IOU Central, Inc. is doing business as IOU Financial as evidenced by Assumed Name Certificate attached hereto as Exhibit A.

IOU Central, Inc. d/b/a IOU Financial has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 10/09/25 (docket #76).

Date: October 9, 2025

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065